25,844-10

ROBERT JAMES WATSON #547826
ALFRED HUGHES UNIT
Rt.2 BOX 4400
GATESVILLE,TEXAS 76597

Date: June 15,2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 17 2015

Abel Acosta, Clerk

TO:Clerk of Court of Criminal Appeals
   Mr.Abel Acosta
   P.O.BOX 12308
   Capitol Station
   Austin,Texas 78711

RE: WR-25,844-10 [Tr.Ct.No.11-1543-CR-A]

Dear Clerk,

I recieved notice the court recieved my Writ of Habeas Corpus 11.07 on April 13,2015,as of this date June 15.2015 I have not been notified as to whether or not any decision has been made on my writ.Therefore,I am contacting you to inquire as to whether or not there has been any decision made (order handed down)concerning my application? If so I have not recieved any notification informing me of the decision.Would you please respond to this letter of inquiry.I would appreciate it very much.Enclosed is a self addressed stamped envelope so that I may recieve your response.

Thank You,

Robert James Watson